# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TEXAS
# WACO DIVISION

| | | |
|---|---|---|
| MARDASIA BERRY, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | Case No. 6:20-cv-247 |
| | § | |
| QUALITY ASSET RECOVERY, LLC. | § | |
| DTI INVESTMENTS, INC. and | § | |
| HARTFORD CASUALTY INSURANCE | § | |
| COMPANY, | § | |
| | § | |
| Defendants. | | |

## NOTICE OF PENDING SETTLEMENT

Plaintiff, Mardasia Berry, by and through her undersigned counsel, hereby submits this Notice of Pending Settlement and states that Plaintiff and all Defendants have reached a settlement of this case and are presently drafting, finalizing, and executing the settlement and dismissal documents. Plaintiff respectfully requests sixty (60) days to complete the necessary settlement paperwork and file the appropriate dismissal documents with the Court.

Respectfully Submitted,

/s/ *Shawn Jaffer*
Shawn Jaffer (TX Bar # 24107817)
Shawn Jaffer Law Firm PLLC
11625 Custer Rd, Suite 110-376
Frisco, TX 75035
Telephone: (214) 494-1668
Facsimile: (469) 669-0786
Email: shawn@jaffer.law
*Attorney for Plaintiff*

1

2

## **CERTIFICATE OF SERVICE**

I hereby certify that on May 14, 2020, a copy of the foregoing was electronically filed with the Clerk of the Court, United States District Court for the Western District of Texas and served via CM/ECF upon all parties of record in a manner approved by the Federal Rules of Civil Procedure.

                                                  /s/ *Shawn Jaffer*
                                                  Shawn Jaffer